UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4610 ABC (SHxx) | Date | October 3, 2013 |
|---|---|---|---|
| Title | Larry Davis et al. v. D. Wong & Associates, LLC et al. | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge | | |
|---|---|---|---|
| Angela Bridges | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: (1) SPECIAL MOTION TO STRIKE CROSS-COMPLAINT and (2) MOTION TO STRIKE AFFIRMATIVE DEFENSES   (In Chambers)

Pending before the Court is Plaintiffs' Special Motion to Strike (Anti-SLAPP) Defendant Randy Martinez's Cross-Complaint Pursuant to Cal. Code Civ. P. § 425.15 (docket no. 24), and Plaintiffs' Motion to Strike Affirmative Defenses Pursuant to Fed. R. Civ. P. 12(f) (docket no. 23).  The Motions are set for hearing on October 21, 2013.

Under Local Rule 7-9, "Opposing Papers," papers opposing a motion are due served on the movant and filed with the Court "not later than twenty-one (21) days before the date designated for the hearing of the motion."  Accordingly, Defendant Randy Martinez's ("Defendant") opposition papers were due served and filed not later than September 30, 2013.  As of the date of this order, Defendant has not filed any opposition.  Under Local Rule 7-12, "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  In this case, the Court deems Defendants failure to oppose as consent to the granting of the Motions.

The Court has reviewed Motions and also finds that they present sound grounds for striking Defendant's Cross-Complaint and striking Defendant's affirmative defenses 2-43.

In light of Defendant's failure to oppose the Motions and the merits of the Motions, the Court hereby **GRANTS** the Special Motion to Strike and hereby **STRIKES** Defendant's Cross-Complaint (docket no. 14), and **GRANTS** the Motion to Strike Affirmative Defenses, and hereby **STRIKES** affirmative defenses 2-43.  The hearing set for October 21, 2013 is **VACATED**.

**IT IS SO ORDERED.**

                                                                                       --    :    --

                                                         Initials of Preparer     ljw for AB