IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY DAVIS and NADEZHDA DAVIS, as individuals,<br><br>        Plaintiffs,<br><br>  vs.<br><br>2005 TALMADGE LIMITED PARTNERSHIP, a California limited partnership; RANDY MARTINEZ, an individual; and DELPHINE WONG, ("AKA D. WONG"), an individual,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: CV13-04610-ABC (SHx)<br><br>Assigned to Courtroom: 680<br>The Hon. Aubrey B. Collins<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Action Commenced: 06/25/2013<br>Trial Date: Not Set<br>Discovery Cut-Off: Not Set<br>Law & Motion Cut-Off: Not Set |

NOTE: CHANGES MADE BY THE COURT

~~This matter came before the Court on Plaintiffs and Cross-Defendants' ("Plaintiffs") Notice of Motion and Motion for Attorneys' Fees and Costs on December 2, 2013 at 10:00 a.m. in Courtroom 680 in the above-entitled Court.~~

The Court having considered Plaintiffs' Motion for Attorneys' Fees and Costs, Memorandum of Points and Authorities and Declarations in support thereof, ~~and after a duly noticed hearing~~, hereby finds that:

1. Plaintiffs Larry and Nadezhda Davis prevailed, in full, on their anti-SLAPP motion;

///

-1-
ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

|   |   |
|---|---|
| 1 | 2. Judgment having been entered in Plaintiffs' favor, are entitled to recover their attorneys' fees and costs incurred in this action under Code of Civil Procedure § 425.16(c); and |

   2.   Judgment having been entered in Plaintiffs' favor, are entitled to recover their attorneys' fees and costs incurred in this action under Code of Civil Procedure § 425.16(c); and

   3.   The fees and costs Plaintiffs incurred in obtaining the judgment in this action (and in seeking its attorneys' fees) are reasonable and fully recoverable.

   4.   The fees and costs Plaintiffs incurred in the filing of their Motion for Attorneys' Fees and Costs are reasonable and fully recoverable.

   **5. The motion is also granted as unopposed. See Local Rule 7-12.**

   GOOD CAUSE HAVING BEEN SHOWN THEREFOR,

   IT IS HEREBY ORDERED THAT Counsel for Plaintiffs be awarded $10,376.51 in attorneys' fees and in costs.

Dated: 11/13/13

*[signature: Audrey B. Collins]*

_____
HONORABLE AUBREY B. COLLINS
United States District Judge