JS-6

DAVID ELDER (SBN 171510)
delder@housingrightscenter.org
JUDITH B. VASAN (SBN 278115)
JOEL MARRERO (SBN 275601)
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:   (213) 387-8400 x1116
Fax:   (213) 381-8555

ATTORNEYS FOR PLAINTIFF(S)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY DAVIS and NADEZHDA DAVIS, as individuals,<br><br>Plaintiffs,<br>vs.<br><br>2005 TALMADGE LIMITED PARTNERSHIP, a California limited partnership; RANDY MARTINEZ, an individual; and DELPHINE WONG, ("AKA D. WONG"), an individual,<br><br>Defendants.<br>AND RELATED CROSS-ACTION | Case No.: CV13-04610-ABC (SHx)<br><br>Assigned to Courtroom:  680<br>The Hon. Aubrey B. Collins<br>ORDER ON **JOINT STIPULATION TO DISMISS ACTION**<br><br>Action Commenced: 06/25/2013<br>Trial Date: 10/07/2014<br>Discovery Cut-Off:  06/02/2014<br>Law & Motion Cut-Off:  06/09/2014 |

**NOTICE IS HEREBY GIVEN** Plaintiffs and Defendants by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Plaintiffs' Action *with prejudice*. Parties have reached an out-of-court settlement.

IT IS SO ORDERED
Dated  6/6/14

*Aubrey B. Collins*
United States District Judge

-1-
JOINT STIPULATION TO DISMISS ACTION

Defendants Delphine Wong and 2005 Talmadge LP hereby stipulate to dismiss *without prejudice* Delphine Wong's Cross-Claim, Delphine Wong's Third Party Claim, and 2005 Talmadge LP's Counterclaim.

Dated: May 12, 2014

Respectfully Submitted,

_____
JOEL MARRERO
Attorney for Plaintiff(s)
THE LAW OFFICE OF BRETT M. RUBIN

Dated:

_____
BRETT RUBIN
Attorney for Defendant,
Randy Martinez

Dated:

LAPIDUS & LAPIDUS, PLC

_____
RYAN LAPIDUS
Attorney for Defendant,
2005 Talmadge LP

Dated:

CLARKSON RILEY LLP

_____
BOB CLARKSON
Attorney for Counter-Defendant,
Delphine Wong

Defendants Delphine Wong and 2005 Talmadge LP hereby stipulate to dismiss *without prejudice* Delphine Wong's Cross-Claim, Delphine Wong's Third Party Claim, and 2005 Talmadge LP's Counterclaim.

Dated: May 12, 2014    Respectfully Submitted,

Dated: 5/21/14

JOEL MARRERO
Attorney for Plaintiff(s)
THE LAW OFFICE OF BRETT M. RUBIN

BRETT RUBIN
Attorney for Defendant,
Randy Martinez

Dated: 5·12·14

LAPIDUS & LAPIDUS, PLC

RYAN LAPIDUS
Attorney for Defendant,
2005 Talmadge LP

Dated:

CLARKSON RILEY LLP

BOB CLARKSON
Attorney for Counter-Defendant, Counter-claimant,
Delphine Wong
third party claimant and

-2-

JOINT STIPULATION TO DISMISS ACTION